# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 20, 2017

154301 & (72)(73)

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

JOSEPH ALAN WHARTON,
       Defendant-Appellant.

SC: 154301
COA: 326978
Calhoun CC: 2015-000188-FH

_____/

On order of the Court, the motion to add issue is GRANTED. The application for leave to appeal the June 30, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to suppress is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 20, 2017



Clerk

t0117